AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Western__ District of __Massachusetts__

__Mark Richards, pro se__

Plaintiff

V.

__I.N.S.; D.H.S. and Attorney General State of Connecticut__

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

FILED IN CLERK'S OFFICE
2004 DEC 10 A 10: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

I, __Mark Richards, pro se__, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Franklin County House of Corrections__
   Are you employed at the institution? __No__   Do you receive any payment from the institution? __N/o__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Richards, pro se<br>        Petitioner<br><br>       -v-<br><br>Immigration and Naturalization Service, Department of Homeland Security and Attorney General John Aschecroft<br>        Respondent's | Declaration in Support of Request to Proceed (In Forma Pauperis |

I, declare that I am the Petitioner in the above entitled case; that in support of my Motion to proceed without being required to pre-pay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

1. I am not currently employed.

2. I have received no money from any equitable sources in the last twelve (12) months.

3. I have no cash nor savings or checking accounts.

4. I own no property, stocks, bonds, cars or valuable property.

5. I have no one dependent on me for support.

Executed on the 26th day of November, 2004 by  Mark Richards

Respectfully Submitted,
Mark Richards
Mark Richards, pro se

## CERTIFICATE

I hereby certify that Mark Richards the Petitioner herein has the sum of $ 2.91 , on account to his credit at the Franklin County House of Correction, where he is currently confined. I further certify that Mark Richards the Petitioner likewise has the following securities to his credit according to the records of the Franklin County House of Correction.

*Norma J Faulett*
Authorized Officer of the Institution