UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK RICHARDS,                         )
 Petitioner                            )
                                       )
           v.                          )Civil Action No. 04-30234-MAP
                                       )
UNITED STATES OF AMERICA, ET AL,       )
 Respondent                            )

ORDER OF DISMISSAL

December 29, 2004

PONSOR, D.J.

     Petitioner has filed a request for <u>habeas</u> relief pursuant to 28 U.S.C. § 2254.  A review of the petition, however, reveals that the movant seeks relief based upon sentences imposed upon him in the State of Connecticut on January 17, 2001 and April 26, 2001. Based upon the papers, however, it appears that petitioner has already finished serving these sentences and is now in INS custody at the Franklin County Jail and House of Correction.  His lawsuit seeks no relief against his current custodian and does not appear to object to his current custody as an INS detainee.  Petitioner seeks, rather, to have "a wrong corrected" arising from his now-completed Connecticut sentences.

     Petitioner is not entitled to relief pursuant to 28 U.S.C. § 2254 in these circumstances.  He does not allege any violation of his constitutional rights in connection with his current confinement pursuant to the INS order.

     For these reasons, the petition is hereby ordered DISMISSED, without prejudice.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge