UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK RICHARDS,
      Petitioner

v.           CIVIL ACTION: 04-30234-MAP

UNITED STATES OF AMERICA, ET AL,
      Respondent

### JUDGMENT IN A CIVIL CASE

PONSOR, D.J.

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT OF DISMISSAL , without prejudice entered.

TONY ANASTAS,
CLERK OF COURT

Dated: December 29, 2004      By  /s/ Mary Finn
                                              Deputy Clerk

(Judgment Civil.wpd - 11/98)                                  [jgm.]

Case 3:04-cv-30234-MAP    Document 4    Filed 12/29/2004    Page 2 of 2